839 A.2d 172

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Keith Acton HALTERMAN, Respondent.**

**Nos. 34 DB 2001, 120 DB 2001.**

Supreme Court of Pennsylvania.

Oct. 9, 2003.

## ORDER

PER CURIAM.

AND NOW, this 9th day of October, 2003, upon consideration of the Report and Recommendations of the Disciplinary Board dated July 29, 2003, it is hereby

ORDERED that KEITH ACTON HALTERMAN be and he is SUSPENDED from the Bar of this Commonwealth for a period of three years, retroactive to December 28, 2001, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.